# NO. 12-21-00090-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: BELLA CORP. D/B/A* | § | |
| *BROADWAY POWERSPORTS AND* | § | *ORIGINAL PROCEEDING* |
| *BRADLEY WATSON,* | | |
| *RELATORS* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relators Bella Corp. d/b/a Broadway Powersports and Bradley Watson filed this original proceeding to challenge Respondent's order granting net worth discovery.[1] On August 18, 2021, this Court conditionally granted the petition and directed Respondent to vacate his June 3, 2021, order granting net worth discovery. By an order signed on August 20, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered August 25, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Austin R. Jackson, Judge of the 114th District Court in Smith County, Texas. J. Greenberg Limited Partnership and Trisis Properties, L.L.C. are the Real Parties in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 25, 2021**

**NO. 12-21-00090-CV**

**BELLA CORP. D/B/A BROADWAY POWERSPORTS
AND BRADLEY WATSON,**
Relators
V.

**HON. AUSTIN R. JACKSON,**
Respondent

---

**ORIGINAL PROCEEDING**

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Bella Corp. d/b/a Broadway Powersports and Bradley Watson; who are the relators in appellate cause number 12-21-00090-CV and the defendants in trial court cause number 19-2303-B, pending on the docket of the 114th Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on June 15, 2021, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*